UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLEM WILLIAMS, )<br>　　　　　　Plaintiff(s),　　　　) <br>vs.　　　　　　　　　　　　) <br>AD ASTRA RECOVERY SERVICES, INC., et al., )<br>　　　　　　Defendant(s).　　　) | Case No. 2:13-cv-02046-JCM-NJK <br><br>ORDER |

　　　This matter is before the court on the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 9. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend any deadlines in the scheduling order need only be filed 21 days before the discovery cut-off *See id.* at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than February 4, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: January 28, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Jamie Cogburn, Paul Cullen, Robert McCoy, and Rex Garner.