**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CLEM WILLIAMS,

               Plaintiff(s),

v.

AD ASTRA RECOVERY SERVICES, INC.,

               Defendant(s).

2:13-CV-2046 JCM (NJK)

**ORDER**

Presently before the court is defendant Ad Astra Recovery Services, Inc's motion to compel arbitration. (Doc. # 14). On March 4, 2014, plaintiff Clem Williams filed a notice of non-opposition to defendant's motion. (Doc. # 15).

In the instant motion, defendant asserts that a binding arbitration provision contained in its agreement with plaintiff requires that this matter be resolved through binding arbitration before it can be submitted to the court. As plaintiff has indicated he does not oppose this motion, it will be granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to compel arbitration (doc. # 14) be, and at the same time hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that this action is dismissed without prejudice. The clerk shall

2  enter judgment accordingly and close the case.

3    DATED March 5, 2014.

4

5    _____

6    **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**